**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 24  
**IP Address:** 108.14.233.3  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4B748C4CCA41D08C71EA157D0882DE909135FA46<br>File Hash: 80CB60DBD749B5F9DA57BBC02A0B5BA203E1E45EE6BEDB57BC0EBBDAEA800FF3 | 07-14-2021 16:05:25 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 2 | Info Hash: 96F2A2FE54897C6976D99571A34F3D62FA7BFC40<br>File Hash: B0ABB2EA184172B37654EB0615A31E39CFE0E51A68B97C7F3A549363D5362508 | 07-14-2021 14:42:43 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 3 | Info Hash: C0854D2C394711EFACEB1154606E98A1C6CBA363<br>File Hash: 2DEA6569C9152E74657B9107EA362B8A27CCCD32E8777DB9FA1974269AFB0E1D | 07-14-2021 10:28:34 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 4 | Info Hash: D1634B876EFF87A216029B1C5C147DDBF03FCDE3<br>File Hash: 2B87C35CB4A96935713C02649AD0B616A1A47F8DBFD026C9506E4C9DEF33076B | 07-14-2021 09:47:40 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 5 | Info Hash: 69C9F53211EBED75C554695B75810F89D9FDC88F<br>File Hash: 37EE312AE69282603F1ED35C678EC4177E248F39AD21555A0C70531A8F677883 | 07-14-2021 09:40:13 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 6 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-05-2021 12:17:58 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 7 | Info Hash: 8372BF892F2583727F9A37ECEC92B7041A0D5FAD<br>File Hash: 088ECC22A0A94E20695153E24B6BEED96ADDFA16E447253AB1BA2D3A87861208 | 06-29-2021 22:07:36 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 8 | Info Hash: 5DD8FE251E55C661D34B4BB7AA78AB5C0175FB82<br>File Hash: 08EBD9746DB8A30A4CE5944E6644C6E2C778D36537203B1A1DD97685831963A0 | 06-18-2021 13:23:18 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: A3F48EADCC48715AAC920647B517D36CFEA3EF25<br>File Hash: 79FBFABCA7F9575F7EA11AAB299B3ED03901F46B5F1500FB8225410EE54FA5E8 | 05-28-2021 14:33:01 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 10 | Info Hash: 4B85AC2B724148AC673A768BD7F22C2EAB521AF1<br>File Hash: E4E6B5437F417D3D2A822118D9DBC9C96121ABC9A796E16E5ACDF16D88FCE923 | 05-18-2021 08:50:34 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 11 | Info Hash: 250C3352AFB3F9F1986766DD50A710F984B37093<br>File Hash: DDEE73CB1B548019693EEBBA63F837FC4748AFD2F420AD4C84857146AFAA999F | 05-17-2021 20:37:40 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |
| 12 | Info Hash: 9CBD00752F23E2747A4221C94EFABF97545531D1<br>File Hash: 03FB86B0416404EBEB7E2CAAD117A6CC405AFAD4A22833A8D4CC7426B760C80F | 05-17-2021 13:33:48 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 13 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A<br>File Hash: E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 05-16-2021 20:09:56 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 14 | Info Hash: 7C93D49BCF6C18EEE5D98DF9770C81E1F2D40F9E<br>File Hash: B54FEBE5357160BFAC26D82CD37BD4A69F3044507B45790BFFBFDB51D5376B9C | 05-16-2021 19:39:10 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 15 | Info Hash: 7B8D0673CAF6CE3565EA151302ADBCE891CC3F11<br>File Hash: EADBBBB1C4C156D1DA864BFACF476E7D91FE57D1F9E65DD008014E7483FFBBED | 05-16-2021 19:14:00 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 16 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15<br>File Hash: 143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 05-16-2021 19:10:51 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 17 | Info Hash: 18FFD959AA2BCC3398C05A9891815D71F3AA86D8<br>File Hash: 1EE9ED77F80DC7E54E4C70CA5224704F43BB82A137114BF49F0E39D3F30780EA | 05-12-2021 09:19:02 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 05-12-2021 09:16:29 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 19 | Info Hash: DE9A0D72D5740FE1E40124666C682C909045C65D<br>File Hash: 8ED9B99C70D3D7EB9C83568ECCDA500DA4F290CB1A8366441C5D8386DDDCEC3A | 05-12-2021 09:11:29 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 20 | Info Hash: CB90350E44C2AB7193F8C040FE32DADDB93F4F58<br>File Hash: 28D908764D4E6D28989CAA5B2B0CE68B96C79DD0D952F2A614F7BE8437B97F7A | 05-12-2021 09:09:58 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 21 | Info Hash: EAFFC4AF758749CA06B41D83162652ECC6AD6085<br>File Hash: FB353E4A109C89425834A36C41FCB0BFBBB32F67D9AD8E1B6F619A1E7A099F56 | 05-12-2021 08:31:40 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 22 | Info Hash: 09EE300AFC18446C7E051E6A71568289D703C79D<br>File Hash: 86E5CDB949365CFDAE4FB08ADAEC4C409B815601EACD1737765E421F7BEA91D0 | 05-11-2021 10:26:33 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 23 | Info Hash: 09FECD5ECA9A50DF2EEF37504906BB4E0E939D50<br>File Hash: 832A6155E356BCAC4BD4D3EBF6F3E20F839ED923A3020E129C2241CBDF90FBE6 | 05-11-2021 04:58:45 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 24 | Info Hash: 4C68A93F877A55624CFDB1A56B0A09F6226B7DBD<br>File Hash: 3F282AB81B7EB2031337F302499DA6D6B812DDC12B12599EA08FF65A95F623CA | 05-09-2021 20:20:56 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |