**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/29/21
```

------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,                                     :
                                                            :   Case No. 1:21-cv-07014-VEC
                        Plaintiff,                          :
                                                            :
                                                            :
              vs.                                           :
                                                            :
                                                            :
JOHN DOE subscriber assigned IP address                     :
108.14.233.3,                                               :
                                                            :
                        Defendant.                          :
------------------------------------------------------------X

## PLAINTIFF'S MOTION TO HAVE CLERK OF COURT MAIL A COPY OF PLAINTIFF'S RESPONSE TO DEFENDANT

Pursuant to the Court's September 19th Order, Plaintiff, Strike 3 Holdings, LLC ("Strike 3") has responded to pro se Defendant, John Doe's ("Doe") Motion to Quash. [ECF No. 10]. As Doe is not represented by counsel, is not registered with the Electronic Case Filing System, and has had his or her identifying information redacted and removed from the filing, Strike 3 is unable to serve a copy of its Response on Doe. The Court's Order instructs Doe to reply to Strike 3's Response, if Doe so choses, by October 5, 2021. [ECF No. 10]. The Court also notes that it had mailed a copy of its Order to Doe's address. *Id.* Strike 3 respectfully requests that the Court enter a similar order instructing the Clerk of the Court to mail of copy of Strike 3's Response and Proposed Order, [ECF No. 11], to Doe's address so that Doe may reply to the arguments contained therein.

1

Dated: September 28, 2021

Respectfully submitted,

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, but since John Doe is unrepresented and his identity remains unknown, I was not able to serve the Motion and Proposed Order on John Doe.

By:   /s/ *Jacqueline M. James*

---

The Court will mail a copy of Plaintiff's response in opposition to Defendant's motion to the Defendant's address.

SO ORDERED.

*[signature]* 9/29/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE